

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00702-CV

**IN RE** Michael E. **NEELD**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed: November 25, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On November 9, 2015, relator Michael E. Neeld filed a petition for writ of mandamus complaining of the trial court's order granting an application for expedited foreclosure of a home equity loan. *See* TEX. R. CIV. P. 735, 736. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015CI10819, styled *The Bank of New York Mellon f/k/a The Bank of New York, As Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 v. Michael E. Neeld*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Solomon J. Casseb III, presiding.